

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00163-CV

| | | |
|---|---|---|
| ELIZABETH PERRY, Appellant | § | On Appeal from the 78th District Court |
| | § | of Wichita County (DC78-CV2020-2665) |
| v. | | |
| | § | May 12, 2022 |
| WICHITA FALLS HOUSING AUTHORITY, Appellee | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We order that the trial court's judgment is reversed, and we render judgment that Appellee Wichita Falls Housing Authority take nothing.

It is further ordered that Appellee Wichita Falls Housing Authority must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr